# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT KANSAS CITY

| | |
|---|---|
| JON C. HANSON, <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL MEDIA SOLUTIONS, LLC <br><br> Defendant. | Case No.: 2:22-cv-2349 |

## STIPULATION OF VOLUNTARY DISMISSAL
## WITH PREJUDICE FED. R. CIV. P. 41(a)(1)(A)(ii)

Plaintiff, Jon C. Hanson, and defendant, Digital Media Solutions, LLC, by and through their respective attorneys, **HEREBY STIPULATE AND AGREE**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to Jon C. Hanson's claims against defendant Digital Media Solutions, LLC, each party to bear its own costs.

**IT IS SO STIPULATED.**

Dated:  June 12, 2023    **BUTSCH ROBERTS & ASSOCIATES LLC**

By:  /s/ *Christopher E. Roberts*
Christopher E. Roberts #24528
231 S. Bemiston Avenue, Suite 260
Clayton, MO 63105
(314) 863-5700 (phone)
(314) 863-5711 (fax)
croberts@butschroberts.com

*Attorneys for Plaintiff*


**KLEIN MOYNIHAN TURCO LLP**

By:  /s/ *Neil E. Asnen*
Neil E. Asnen (admitted *pro hac vice*)
*Attorneys for Defendant Digital Media Solutions, LLC*